UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0093-LJM-DKL-1 |
| | ) | |
| LARUE HENRY PURRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that LaRue Henry Purry=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 8 months in the custody of the Attorney General.  Upon Mr. Purry=s release from confinement, he will not be subject to supervised release.

SO ORDERED this 7th day of May, 2013.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Cynthia Ridgeway
Assistant U. S. Attorney
cynthia.ridgeway@usdoj.gov

Gwen Beitz
Office of Indiana Federal Community Defender
gwendolyn_beitz@fd.org

U. S. Parole and Probation

U. S. Marshal